FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND 2000 JUL 17 P 4: 29
NORTHERN DIVISION

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
                        Applicant, )    CIVIL ACTION NO.  H-00-2154
v. )
 )
RITE AID CORPORATION, )
 )
                        Respondent. )
_____ )

### ORDER TO SHOW CAUSE

The Equal Employment Opportunity Commission (EEOC or Commission) has filed an application for an Order requiring Respondent, Rite Aid Corporation, to show cause why the Commission's subpoena <u>duces</u> <u>tecum</u> BA-A0-023, requiring the Respondent to produce certain evidence, should not be enforced.  The subpoena was issued on May 18, 2000 in the Commission's investigation of the matter of <u>Carolyn Clements, Jaqueline Donaldson, Janice Player, Veronica Evans v. Rite Aid Corporation</u>, EEOC case file numbers 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; 12B-98-0019; 12B-98-0016; 12B-98-0034 pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-9.  The Commission having duly served said subpoena upon said Respondent, and good cause appearing therefore:

IT IS HEREBY ORDERED that Respondent, Rite Aid Corporation, appear before the undersigned judge on a date to be hereinafter set ~~Honorable xxxxxxxxx one of the Judges of this Court on the xxx of xxx at xxxxx or as soon thereafter as counsel can be heard~~, and show cause why an Order of this Court should not issue directing the Respondent to comply with the aforesaid subpoena <u>duces</u> <u>tecum</u> on a date to be set by



the Court.

IT IS ORDERED that service of a copy of this Order and of the papers upon which the same is granted, on said Respondent, on or before the __21st__ day of __July__ ,2000 shall be sufficient service of said Order.

IT IS ORDERED that Respondent must file and serve its answer to the application no later than the __28th__ day of __July__ , 2000.

IT IS FURTHER ORDERED that the EEOC must file and serve its reply to Respondent's answer to the application no later than the __4th__ day of __August__ 2000.


Executed this __17th__ day of __July__ ,2000.

UNITED STATES DISTRICT COURT JUDGE,
FOR THE DISTRICT OF MARYLAND