IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | * | |
| Applicant | * | |
| v. | * | Civil Action No.: H-00-2154 |
| RITE AID CORPORATION | * | |
| Respondent | * | |

## STIPULATION FOR EXTENSION OF TIME

Rite Aid Corporation by its counsel, James A. Rothschild, and Equal Employment Opportunity Commission, by its counsel, Mildred A. Rivera, hereby stipulate that the time for Rite Aid Corporation to compile and deliver the information set forth in the Court's Order of October 3, 2000 is extended by three days until October 26, 2000.

_____
James A. Rothschild
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland 21201-4135

*Counsel for Rite Aid Corporation*

_[signature]_
Ms. Mildred Rivera
EEOC
Third Floor
Ten South Howard Street
Baltimore, Maryland 21201

*Counsel for Equal Employment Opportunity*
*Commission*

Approved: _[signature]_
Alexander Harvey, II
Senior United States District Court Judge

Dated: October 24, 2000

2