IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY     *
COMMISSION

        Applicant     *

  vs.     *     CIVIL NO. H-00-2154

RITE AID CORPORATION     *

        Respondent     *


\*     \*     \*     oOo     \*     \*     \*


O R D E R

For the reasons stated in the Court's Memorandum and Order of October 3, 2000, it is this 8th day of November, 2000 by the United States District Court for the District of Maryland,

ORDERED that the Clerk is directed to close this case.

_____
Senior United States District Judge